UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH WARREN GEBHARDT,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>  COMMISSIONER OF SOCIAL<br>  SECURITY,<br><br>Defendant. | Case No. CV-21-126-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision denying the Plaintiff's claims for disability insurance benefits is reversed and remanded for further proceedings. The Clerk is directed to enter judgment accordingly.

Dated this 22nd day of March, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Kelsey Hanning
Kelsey Hanning, Deputy Clerk